NUMBERS 13-08-00195-CV and 13-08-00492-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DAVID JOHN SECORD, D.P.M., Appellant,


v.



LARRY YEATER, Appellee.

_____________________________________________________________


On Appeal from the County Court at Law No. 4


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant perfected interlocutory appeals from orders entered by the County Court
at Law No. 4 of Nueces County, Texas, in cause number 03-62231-4. The parties have
filed a joint motion to dismiss the appeals on grounds that the parties have reached an
agreement to settle and compromise their differences. The parties request that this Court
dismiss the appeals.

 The Court, having considered the documents on file and the joint motion to dismiss
the appeals, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The joint motion to dismiss is granted, and the appeals are hereby DISMISSED. 
In accordance with the agreement of the parties, costs are taxed against the party incurring
same. See Tex. R. App. P. 42.1(d). Having dismissed the appeal at the parties' request,
no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 12th day of March, 2009.